IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM KONICEK, | ) | Case No. 1:25-CV-147 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| AVIVA METALS, INC., | ) | |
| | ) | **DISMISSAL ORDER** |
| Defendant. | ) | |
| | ) | |

On July 9, 2025, the Court conducted a status conference during which counsel presented the terms of the notice and settlement agreement reached in this case. The Court has reviewed the terms of the settlement agreement and finds it is fair and reasonable.  The case is dismissed with prejudice, with all parties to bear their own costs.  The Court retains jurisdiction to ensure that the notice and settlement terms are effectuated.  Notice by the Clerk of Courts is hereby waived.

**IT IS SO ORDERED.**

Dated: July 9, 2025

*s/Dan Aaron Polster*
United States District Judge